UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-mj-04272-Reid

UNITED STATES OF AMERICA,

v.

JUAN DOMINGO EUSEBIO and
JOSE MANUEL MENDEZ,

        **Defendants,**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __ Yes  X  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 817643
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7647
(786) 564-9126 (cell)
Richard.getchell@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| JUAN DOMINGO EUSEBIO and | ) | Case No. 1:21-mj-04272-Reid |
| JOSE MANUEL MENDEZ, | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __November 16, 2021__, upon the high seas and elsewhere outside the jurisdiction any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA S/A ALEC M. SANCHEZ
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed R Crim P 4 1 by Face Time

Date: 11/29/2021

*Judge's signature*

City and state: Miami, Florida

Lisette M. Reid, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Alec M. Sanchez, being duly sworn, hereby depose and state as follows:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida, and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Juan Domingo EUSEBIO and Jose Manuel MENDEZ** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about November 16, 2021, a HNLMS HOLLAND helicopter located a go-fast vessel (GFV) approximately 126 nautical miles north of La Guajira, Colombia in international waters and upon the high seas. The GFV had two individuals on board, no indicia of nationality, one outboard

motor, visible fuel barrels on deck, and a tarp covering the forward part of the vessel. The HNLMS HOLLAND, which was in the area with a U.S. Law Enforcement Detachment Team (LEDET) on board, was diverted to investigate. Once in the vicinity, the HNLMS HOLLAND launched two small boats with boarding teams. Upon arrival at the scene of the GFV, the boarding teams reported two persons on board who were later identified as **Juan Domingo EUSEBIO and Jose Manuel MENDEZ.** Juan Domingo EUSEBIO was identified as the master of the vessel and made a verbal claim of Dominican nationality for the GFV. The Government of the Dominican Republic was contacted and stated that they could neither confirm nor deny nationality of the vessel. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted.

4. The boarding team located a total of ten (10) bales on board the GFV. Field tests were conducted on the substance contained in the bales which yielded a positive result for cocaine. The total amount recover was approximately 235 kilograms of suspected cocaine. Both individuals, along with the suspected cocaine, were transferred to the HNLMS HOLLAND.

[THIS AREA INTENTIONALLY LEFT BLANK.]

5. Based on the foregoing facts, I submit that probable cause exists to believe **Juan Domingo EUSEBIO and Jose Manuel MENDEZ** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
SPECIAL AGENT ALEC SANCHEZ
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this __29th__ day of November, 2021.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

3